# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tancredi, James J. | US Bankruptcy Court - District of Connecticut (Hartford ) | 6/25/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

Ribicoff Federal Courthouse
450 Main St
Hartford, Ct 06103

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Past President | Hartford County Bar Assn Hartford Ct 06001 |
| 2. | Director | CT TMA |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tancredi, James J. | 6/25/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Avon Bd of education/ Kelly services (per diem compensation for teaching) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABI NE Conference | july 12 -14,2018 | Smuggler's Notch, Stowe Vt | Bankruptcy Cle panel | food, seminar fees,lodging, auto mileage from home |
| 2. | ABI Spring Mtg | april 19-22,2018 | Marriott, Wash Dc | Bankruptcy Cle panel for ABC | same |
| 3. | Ct Tma | april 27,2018 | Mohegan Sun , Uncasville Ct | Bkcy Judges panel | same |
| 4. | NYIC 100 yrs | june 11, 2018 | Ny, Ny (restaurant) | 100 yr anniv celebration: presenter at tribute to Harvey Gross | attendance fee |
| 5. | CBA 1st bkcy conference | 0ct4,2018 | Water's Edge Resort , Westbrooke, Ct | Bankruptcy CLE panels / Bkcy Judge's panel | attendance fee |

| Name of Person Reporting | Date of Report |
|---|---|
| Tancredi, James J. | 6/25/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. all credit cards ( retired every month to zero) | revolving credit cards with Amex, Bank of America, Discover, Capital One, Wells Fargo, People's United , | J |
| 2. Amex and Kohl's (retired ) every month to zero | revolving credit | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tancredi, James J. | 6/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Day Pitney Pen. and 401k (T Rowe PriceRet 2000 and pers. choice act)* | D | Int./Div. | P1 | T | | | | | |
| 2. | People's United Financial Inc common stock (custodial ownership) | A | Dividend | J | T | | | | | |
| 3. | Bank of America | A | Interest | L | T | | | | | |
| 4. | People's United bank | A | Interest | J | T | | | | | |
| 5. | *Apple common stock (AAPL) | A | Dividend | K | T | | | | | |
| 6. | *AIG focused Div Strat A (FDAX) | A | Dividend | J | T | | | | | |
| 7. | *SPDR S&P 500 ETF (SPY) | A | Dividend | K | T | | | | | |
| 8. | Bank Sweep SCHWABB | C | Interest | P1 | T | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In connection with my appontment by the 2nd Circuit on Sept 1 , 2016 , I withdrew as an equity partner from my law firm (Day Pitney LLP) on Aug 31,2016 and was fully paid my capital account and remaining compensationbefore i was sworn in. . Prior to my appointment ,over a for a period in excess of 2 years, I liquidated substantially all stocks, other securities and bonds in my law firm pension , except as otherwise noted herein : While most of my pension account is in cash/money markets in 2018 , there were those securities noted in Section VII with an *. I had mistakenly believed those positions had also been liquidated with my departure from the firm in 2016 . I hold no other securities , except for a few shares in People's United Financial Inc shown in Sec VII ( valued less than $5000) long held in custodial owership ⬛⬛⬛⬛⬛⬛⬛ . The stock certificate has been misplaced or lost ,creating diffulties and delays in an assignment or sale.of this stock . This position will be tranferrred or liquidated in 2019.      I have in 2019 now moved all my pension funds away from my individual account at Schwab ,who was also the administrator of my former firm's pension plan . My firm made no further contributions or advances to my pension account after my withdrawal as partner .

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James J. Tancredi**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544